BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 977-8873

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| PAMALA F. AMBROSE-CLAMPITT, | CASE NO. 1:12-CV-00654-BAM |
| Plaintiff, | STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand from the Court, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new hearing and a new decision. The Appeals Council will direct the ALJ to

Stip. & Order to Remand                1

consider the May 2000 VA determination; re-evaluate the medical evidence; re-evaluate Plaintiff's residual functional capacity; and obtain any necessary vocational evidence.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

DATED: November 16, 2012            *s/ Lawrence D. Rohlfing*
                                                      LAWRENCE D. ROHLFING
                                                      (as authorized by email)

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

DATE: November 16, 2012     By   *s/ Daniel P. Talbert*
                                                        DANIEL P. TALBERT
                                                        Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation of the parties, judgment is entered in favor of Pamala F. Ambrose-Clampitt, and against Michael J. Astrue, the Commissioner of Social Security. This action is remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

IT IS SO ORDERED.

Dated:   **November 16, 2012**               /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE