Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Pamala F. Ambrose-Clampitt

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMALA F. AMBROSE-CLAMPITT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> ) <br> Defendant ) <br> ) | Case No.: 1:12-cv-00654-BAM <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,700.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $410.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Respectfully submitted,

LAW OFFICES OF Lawrence D. Rohlfing

/s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Pamala F. Ambrose-Clampitt


IT IS SO ORDERED.


Dated:   January 18, 2013              /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

-2-