Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Pamala F. Ambrose-Clampitt

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMALA F. AMBROSE-CLAMPITT, ) ) | Case No.: 1:12-cv-00654-BAM |
| Plaintiff, ) ) ) | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. ) ) MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) ) Defendant ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,700.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $410.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Lawrence D. Rohlfing*
4 | _____
  | Lawrence D. Rohlfing
5 | Attorney for plaintiff Pamala F. Ambrose-Clampitt

IT IS SO ORDERED.

Dated:   January 18, 2013           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

-2-